# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **RAMQUEST SOFTWARE INC.** | § | |
| | § | **Civil Action No. 4:06cv65** |
| V. | § | (Judge Schneider/Judge Bush ) |
| | § | |
| **FLOWERS TITLE** | § | |
| **COMPANIES, LLC, ET AL.** | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On March 1, 2007, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Defendants' Motion to Dismiss, or in the Alternative, Motion to Stay be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants' Motion to Dismiss, or in the Alternative, Motion to Stay is denied as moot.

**SIGNED this 20th day of March, 2007.**

*[signature]*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE